UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re  Gale Ann Wallach

      Debtor

Case No. 12-75147

Reporting Period:    October 2013

Social Security #                    2284

(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
|    Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury *(28 U.S.C. Section 1746)* that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____

Date 3·11·14

Signature of Joint Debtor _____

Date _____

In re  Gale Ann Wallach                                    Case No. 12-75147
_____                          _____
Debtor                                                    Reporting Period:    October 2013

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must
be attached for each account.  [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Petition to Date Actual |
|---|---|---|
| **Cash – Beginning of Month** | 133 | 9,443 |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 200 | 27,351 |
| **Total Receipts** | 200 | 27,351 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | | - |
| Rental Payment(s) | | - |
| **Other Secured Note Payments** | | - |
| Utilities | 76 | 5,929 |
| Insurance | - | 2,929 |
| Auto Expense | - | 100 |
| Lease Payments | | - |
| IRA Contributions | | - |
| Repairs and Maintenance | | - |
| Medical Expenses | | - |
| Food, Clothing, Hygiene | - | 215 |
| Charitable Contributions | | - |
| Alimony and Child Support Payments | | - |
| Taxes - Real Estate | | - |
| Taxes - Personal Property | | - |
| Taxes - Other (attach schedule) | | - |
| Travel and Entertainment | | - |
| Gifts | | - |
| Other (attach schedule) | 31 | 18,208 |
| Total Ordinary Disbursements | 107 | 27,381 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | - | - |
| | | |
| Total Disbursements (Ordinary + Reorganization) | 107 | 27,381 |
| Net Cash Flow (Total Receipts - Total Disbursements) | 93 | (31) |
| | | |
| **Cash – End of Month   (Must equal reconciled bank statement)** | 226 | 9,412 |

In re Gale Ann Wallach                                     Case No. 12-75147
      Debtor                                          Reporting Period:          October 2013

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Money from family | | 3,080 |
| Money from overdraft | | 160 |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In re Gale Ann Wallach
Debtor

Case No. 12-75147
Reporting Period: October 2013

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE \*** | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

**In re** Gale Ann Wallach         Case No. 12-75147

        Debtor         **Reporting Period:**         October 2013

# DISBURSEMENT JOURNAL

## CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Total Cash Disbursements |  |  |  |

## BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total Bank Account Disbursements |  |  |  |  |

| Total Disbursements for the Month |  |
|-----------------------------------|--|

**In re** Gale Ann Wallach                                Case No. 12-75147
    **Debtor**                                Reporting Period:         October 2013

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | 1,500,000 | 1,500,000 |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | 1,500,000 | 1,500,000 |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | 20 | - |
| Bank Accounts | 226 | 15 |
| Security Deposits | | |
| Household Goods & Furnishings | 2,500 | 2,500 |
| Books, Pictures, Art | 1,000 | 1,000 |
| Wearing Apparel | 250 | 250 |
| Furs and Jewelry | 1,200 | 1,200 |
| Firearms & Sports Equipment | 500 | 500 |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | 4,250,000 | 4,250,000 |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | 8,000 | 8,000 |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | 4,263,696 | 4,263,465 |
| *TOTAL ASSETS* | 5,763,696 | 5,763,465 |

In re Gale Ann Wallach
Debtor

Case No. 12-75147
Reporting Period:        October 2013

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | - | - |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | |
| Secured Debt | 1,500,000 | 1,500,000 |
| Priority Debt | | |
| Unsecured Debt | 379,126 | 379,126 |
| TOTAL PRE-PETITION LIABILITIES | 1,879,126 | 1,879,126 |
| TOTAL LIABILITIES | 1,879,126 | 1,879,126 |

In re Gale Ann Wallach
_____
Debtor

Case No. 12-75147 _____
Reporting Period: ___ October 2013 ___

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

In re Gale Ann Wallach
**Debtor**

Case No. 12-75147
Reporting Period: October 2013

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  |  |  |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

In re Gale Ann Wallach                      Case No. 12-75147
           **Debtor**                                   **Reporting Period:**      October 2013

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | **X** |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | **X** |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

2:24 PM

12/02/13

# DIP - Gale Soss-Wallach
# Reconciliation Detail
### Citi - 4135, Period Ending 10/31/2013

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 132.96 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 10/02/2013 | | | X | (10.00) | (10.00) |
| Check | 10/17/2013 | | Cablevision | X | (75.72) | (85.72) |
| Check | 10/28/2013 | 165 | | X | (19.95) | (105.67) |
| Check | 10/28/2013 | 166 | | X | (1.46) | (107.13) |
| Total Checks and Payments | | | | | (107.13) | (107.13) |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 10/15/2013 | | | X | 200.00 | 200.00 |
| Total Deposits and Credits | | | | | 200.00 | 200.00 |
| Total Cleared Transactions | | | | | 92.87 | 92.87 |
| Cleared Balance | | | | | 92.87 | 225.83 |
| Register Balance as of 10/31/2013 | | | | | 92.87 | 225.83 |
| **Ending Balance** | | | | | **92.87** | **225.83** |



001.R1 C4F000

Citibank Client Services    000
PO Box 769013
San Antonio, TX 78245-9013

00071731 BB CCC 305 JSW6#2NC AM1 1 17K 0

000
CITIBANK, N. A.
**Account**
45728584133

**Statement Period**
Oct 2 - Nov 3, 2013

DIP - GALE SOSS- WALLACH
46 SCHOOL LANE
LLOYD HARBOR NY        11743-1042

Page 1 of 3

## BASIC BANKING ACCOUNT AS OF NOVEMBER 3, 2013

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $225.83 |
| **Savings** | ---- |
| **Investments** (not FDIC insured) | ---- |
| **Loans** | ---- |
| **Credit Cards** | ---- |

Please help Fundacion Teleton USA improve the lives of children with autism, cancer and other disabilities. You can donate at a Citibank branch or at teletonusa.org

Watch Univision® and donate live, December 13-14, 2013

## SUGGESTIONS AND RECOMMENDATIONS

In addition to being a Team USA Sponsor, Citi has committed $500,000 to the U.S. Olympic Committee through our Every Step of the Way® program. Each Team Citi athlete has teamed up with a U.S. Olympic, Paralympic or Community program in need. With a simple click you can help award part of Citi's donation. Citi, with you every step of the way. Visit citi.com/EveryStep

## BASIC BANKING PACKAGE CHARGES

| Basic Checking Fees* | Your Fees this Statement Period | |
|---|---|---|
| **Monthly Service Fee** Waived with either 1 Direct Deposit AND 1 qualifying Bill Payment OR $1,500 in average combined deposit balances ** | $10.00 | $10.00 |
| **Fee for non-Citibank ATM transaction** | $2.00 | None |

*A transaction is deemed to have been made on the date the transaction is posted to your account which is not necessarily the date you initiated the transaction. Any fees for that transaction, including non-Citibank ATM fees, will appear as charges on your next Citibank statement (to the account that is debited for your monthly service fee).

** 1 Direct Deposit AND 1 qualifying Bill Payment within the statement period; $1,500 in average combined deposit balances for previous calendar month. Qualifying bill payments are those made using Citibank® Online, Citi Mobile (SM) or CitiPhone Banking®.

63

**Generated by CamScanner**

2:25 PM

12/02/13

Cash Basis

## DIP - Gale Soss-Wallach
## General Ledger
### As of October 31, 2013

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Advertising and Promotion** | | | | | | | | 0.00 |
| Total Advertising and Promotion | | | | | | | | 0.00 |
| **Automobile Expense** | | | | | | | | 0.00 |
| Total Automobile Expense | | | | | | | | 0.00 |
| **Bank Service Charges** | | | | | | | | 90.00 |
| Check | 10/02/2013 | | | | Citi - 4135 | 10.00 | | 100.00 |
| Total Bank Service Charges | | | | | | 10.00 | 0.00 | 100.00 |
| **Business Licenses and Permits** | | | | | | | | 0.00 |
| Total Business Licenses and Permits | | | | | | | | 0.00 |
| **Checkbook** | | | | | | | | 0.00 |
| Total Checkbook | | | | | | | | 0.00 |
| **Computer and Internet Expenses** | | | | | | | | 0.00 |
| Total Computer and Internet Expenses | | | | | | | | 0.00 |
| **Continuing Education** | | | | | | | | 0.00 |
| Total Continuing Education | | | | | | | | 0.00 |
| **Depreciation Expense** | | | | | | | | 0.00 |
| Total Depreciation Expense | | | | | | | | 0.00 |
| **Dues and Subscriptions** | | | | | | | | 85.24 |
| Total Dues and Subscriptions | | | | | | | | 85.24 |
| **Education** | | | | | | | | 0.00 |
| Total Education | | | | | | | | 0.00 |
| **Insurance Expense** | | | | | | | | 2,637.86 |
| Total Insurance Expense | | | | | | | | 2,637.86 |
| **Interest Expense** | | | | | | | | 0.00 |
| Total Interest Expense | | | | | | | | 0.00 |
| **Living Expenses** | | | | | | | | 544.95 |
| Total Living Expenses | | | | | | | | 544.95 |
| **Meals and Entertainment** | | | | | | | | 0.00 |
| Total Meals and Entertainment | | | | | | | | 0.00 |
| **Office Supplies** | | | | | | | | 0.00 |
| Total Office Supplies | | | | | | | | 0.00 |
| **Postage and Delivery** | | | | | | | | 0.00 |
| Total Postage and Delivery | | | | | | | | 0.00 |

2:25 PM

12/02/13

Cash Basis

# DIP - Gale Soss-Wallach
## General Ledger
### As of October 31, 2013

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| **Printing and Reproduction** | | | | | | | | 0.00 |
| Total Printing and Reproduction | | | | | | | | 0.00 |
| **Professional Fees** | | | | | | | | 0.00 |
| Total Professional Fees | | | | | | | | 0.00 |
| **Rent Expense** | | | | | | | | 0.00 |
| Total Rent Expense | | | | | | | | 0.00 |
| **Telephone Expense** | | | | | | | | 0.00 |
| Total Telephone Expense | | | | | | | | 0.00 |
| **Travel Expense** | | | | | | | | 0.00 |
| Total Travel Expense | | | | | | | | 0.00 |
| **Unknown Expense** | | | | | | | | |
| Check | 10/28/2013 | 166 | | | Citi - 4135 | 1.46 | | 6,953.41 |
| Check | 10/28/2013 | 165 | | | Citi - 4135 | 19.95 | | 6,954.87 |
| Total Unknown Expense | | | | | | 21.41 | 0.00 | 6,974.82 |
| **Utilities** | | | | | | | | |
| Check | 10/17/2013 | | Cablevision | | Citi - 4135 | 75.72 | | 4,821.51 |
| Total Utilities | | | | | | 75.72 | 0.00 | 4,897.23 |
| **Ask My Accountant** | | | | | | | | 0.00 |
| Total Ask My Accountant | | | | | | | | 0.00 |
| **No accnt** | | | | | | | | 0.00 |
| Total no accnt | | | | | | | | 0.00 |
| **TOTAL** | | | | | | 307.13 | 307.13 | 0.00 |

2:25 PM
12/02/13
Cash Basis

# DIP - Gale Soss-Wallach
## General Ledger
### As of October 31, 2013

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Citi - 3770 | | | | | | | | 0.00 |
| Total Citi - 3770 | | | | | | | | 0.00 |
| Citi - 4135 | | | | | | | | |
| Check | 10/02/2013 | | | | Bank Service Charges | | 10.00 | 132.96 |
| Deposit | 10/15/2013 | | | Deposit | Monies from family members | 200.00 | | 122.96 |
| Check | 10/17/2013 | | Cablevision | | Utilities | | 75.72 | 322.96 |
| Check | 10/28/2013 | 166 | | | Unknown Expense | | 1.46 | 247.24 |
| Check | 10/28/2013 | 165 | | | Unknown Expense | | 19.95 | 245.78 |
| Total Citi - 4135 | | | | | | 200.00 | 107.13 | 225.83 |
| Citi - 4921 | | | | | | | | 225.83 |
| Total Citi - 4921 | | | | | | | | 0.00 |
| Accumulated Depreciation | | | | | | | | 0.00 |
| Total Accumulated Depreciation | | | | | | | | 0.00 |
| Furniture and Equipment | | | | | | | | 0.00 |
| Total Furniture and Equipment | | | | | | | | 0.00 |
| Unknown Withdrawl | | | | | | | | 10,150.00 |
| Total Unknown Withdrawl | | | | | | | | 10,150.00 |
| Citibank Credit Line | | | | | | | | (3,804.55) |
| Total Citibank Credit Line | | | | | | | | (3,804.55) |
| Opening Balance Equity | | | | | | | | 3,858.23 |
| Total Opening Balance Equity | | | | | | | | 3,858.23 |
| Owners Draw | | | | | | | | 0.00 |
| Total Owners Draw | | | | | | | | 0.00 |
| Owners Equity | | | | | | | | (59.11) |
| Total Owners Equity | | | | | | | | (59.11) |
| Commission Income | | | | | | | | 0.00 |
| Total Commission Income | | | | | | | | 0.00 |
| Monies from family members | | | | | | | | (10,410.50) |
| Deposit | 10/15/2013 | | | Deposit | Citi - 4135 | 0.00 | 200.00 | (10,610.50) |
| Total Monies from family members | | | | | | 0.00 | 200.00 | (10,610.50) |
| Monies from Pryor Mandelup | | | | | | | | (15,000.00) |
| Total Monies from Pryor Mandelup | | | | | | | | (15,000.00) |
| Services Income | | | | | | | | 0.00 |
| Total Services Income | | | | | | | | 0.00 |

DIP - GALE SOSS- WALLACH            Account  X972864X36X        Page 2 of 3        001R1/04F000
                                    Statement Period - Oct 2 - Nov 3, 2013

## CHECKING ACTIVITY

**Basic Checking**
X972864136XX

|  |  |  | Beginning Balance: | $132.96 |
|---|---|---|---|---|
|  |  |  | Ending Balance: | $225.83 |

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 10/02 | Fee - Service Charge | 10.00 | | 122.96 |
| 10/15 | Deposit 01:51p Teller | | 200.00 | 322.96 |
| 10/17 | ACH Electronic Debit CABLEVISION    CHECK PYMT 0000000164 | 75.72 | | 247.24 |
| 10/28 | Check # 166 | 1.46 | | |
| 10/28 | Check # 165 | 19.95 | | 225.83 |
| | Total Subtracted/Added | 107.13 | 200.00 | |

*All transaction times and dates reflected are based on Eastern Time.*

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 800-627-3999 | Citibank Client Services |
| | (For Speech and Hearing | 100 Citibank Drive |
| | Impaired Customers Only | San Antonio, TX 78245-9966 |
| | TDD: 800-945-0258) | |

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

The products reported on this statement have been combined onto one monthly statement at your request. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Products reported in CHECKING and SAVINGS are insured by the Federal Deposit Insurance Corporation. Please consult your Citibank Customer Manual for full details and limitations of FDIC coverage

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period. Updated information will be reflected on a subsequent statement

**IN CASE OF ERRORS**
**In Case of Errors or Questions About Your Electronic Fund Transfers:**
If you think your statement or record is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic fund transfer in accordance with the Electronic Fund Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation

**The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013**. Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information 1) your name, address and account number, 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address, 3) the dollar amount of the transfer, 4) the reference code for the transfer, and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details

Citibank is an Equal Housing Lender.



EQUAL HOUSING
LENDER

© 2013 Citigroup Inc. Citibank, N.A. Member FDIC.

Generated by CamScanner